CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 19 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| FREDERICK N. JONES, *Plaintiff,* | CIVIL NO. 3:06cv00042 |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ORDER and OPINION |
| *Defendant* | JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition ("Report"). The Magistrate filed his Report on March 30, 2007, recommending that this Court enter an order denying Plaintiff's motion for summary judgment, granting the Commissioner's motion for summary judgment, affirming the Commissioner's final decision, and dismissing this case from the docket.

After a careful review of the entire record in this case and no objection having been timely filed, I adopt the Magistrate Judge's Report in its entirety.

Accordingly:

(1) the Report is hereby ADOPTED in its entirety,

(2) Plaintiff's motion for summary judgment (docket entry no. 11) is hereby DENIED,

(3) the Commissioner's motion for summary judgment (docket entry no. 15) is hereby GRANTED,

(4) Commissioner's final decision is AFFIRMED, and

(5) this case is DISMISSED and shall be STRICKEN from the Court's docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
United States District Judge

Date: April 19, 2007